**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRAVES, KEITH GREN, and MICHAEL WHEALEN, on behalf of themselves, all others similarly situated, and the general public,<br><br>                    Plaintiffs,<br>     vs.<br><br>UNITED INDUSTRIES CORPORATION,<br><br>                    Defendant. | CASE NO. 2:17-cv-06983-CAS-SK<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   July 1, 2019<br>Time:  10:00 a.m.<br>Ctrm:  8D<br>Judge: Hon. Christina A. Snyder |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 1, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8D of the United States District Court for the Central District of California located at 350 W. First Street, Los Angeles, California 90012, before the Honorable Christina A. Snyder, presiding, Plaintiffs Michael Graves, Keith Gren, and Michael Whealen ("Plaintiffs") will and hereby do the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order (1) Granting Preliminary Approval of a Class Action Settlement; (2) Certifying a Settlement Class; (3) Appointing Plaintiffs as the Class Representatives and Plaintiffs' Attorneys as Class Counsel; (4) Approving the Notice Plan; and (5) Setting the Final Approval Hearing and Schedule.

This Unopposed Motion is based on this Notice of Motion, Plaintiffs' concurrently-filed Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, the concurrently-filed Declaration of Ronald A. Marron in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement and Exhibits 1 through 3 attached thereto, all prior pleadings and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

DATED:   June 3, 2019            Respectfully submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON

**LAW OFFICES OF
RONALD A. MARRON**
RONALD A. MARRON

1

*Graves, et al. v. United Industries Corporation*, No. 2:17-cv-06983-CAS-SK
PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
**Counsel for Plaintiffs and the Proposed Class**