**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GRAVES, KEITH GREN, and MICHAEL WHEALEN, on behalf of themselves, all others similarly situated, and the general public,<br><br>            Plaintiffs,<br><br>    vs.<br><br>UNITED INDUSTRIES CORPORATION, a Delaware Corporation,<br><br>            Defendant. | Case No. 2:17-cv-06983-CAS (SKx)<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR LEAVE TO EXCEED PAGE LIMITS REGARDING PLAINTIFFS' FORTHCOMING RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Before the Court is the Parties' Joint Stipulation for Leave to Exceed Page Limits Regarding Plaintiffs' Forthcoming Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement. Having found good cause, the Parties' Joint Stipulation is hereby **GRANTED**. Accordingly, Plaintiffs' may file a memorandum of points and authorities in support of their Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement that will not exceed 30 pages in length.

**IT IS SO ORDERED.**

DATED: August 8, 2019

_____
Honorable Christina A. Snyder
United States District Court Judge