**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumeradvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRAVES, KEITH GREN, and MICHAEL WHEALEN, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br>vs.<br><br>UNITED INDUSTRIES CORPORATION,<br><br>Defendant. | CASE NO. 2:17-cv-06983-CAS-SK<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: February 24, 2020<br>Time: 10:00 a.m.<br>Ctrm: 8D<br>Judge: Hon. Christina A. Snyder |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 24, 2020 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8D of the United States District Court for the Central District of California located at 350 W. First Street, Los Angeles, California 90012, before the Honorable Christina A. Snyder, presiding, Plaintiffs Michael Graves, Keith Gren, and Michael Whealen ("Plaintiffs") will and hereby do the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order Granting Final Approval of a Class Action Settlement between Plaintiffs and Defendant United Industries Corporation ("UIC").

This Unopposed Motion is based on this Notice of Motion, Plaintiffs' concurrently-filed Memorandum of Points and Authorities in Support of the Unopposed Motion for Final Approval of Class Action Settlement, the concurrently-filed Declaration of Ronald A. Marron in Support of the Unopposed Motion for Final Approval of Class Action Settlement and Exhibit 1 attached thereto, the Declaration of Gajan Retnasaba in Support of the Unopposed Motion for Final Approval of Class Action Settlement and Exhibits A through E attached thereto, all prior pleadings and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

DATED:   January 27, 2020    Respectfully submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON

**LAW OFFICES OF**
**RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*

1

Michael T. Houchin
*mike@consumersadvocates.com*
Lilach Halperin
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Counsel for Plaintiffs and the Class***

2

*Graves, et al. v. United Industries Corporation*, No. 2:17-cv-06983-CAS-SK
PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT